No. 71–6491.   BURNETTE *v.* UNITED STATES;

No. 71–6501.   GRAY *v.* UNITED STATES; and

No. 71–6505.   WILKERSON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–6492.   GUTIERREZ-RUBIO *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 5th Cir.   Certiorari denied.

No. 71–6504.   ZURITA *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 71–6507.   WALLER *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–6513.   LANDMAN *v.* CLARK, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 71–6525.   SPENCER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6527.   DURHAM *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–6574.   McGUCKEN *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 71–6601.   ALLEN *v.* WORRALL.   C. A. 4th Cir. Certiorari denied.

No. 71–6604.   BOAG *v.* BOIES, SHERIFF, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 71–6607.   INGRAM *v.* ARKANSAS.   C. A. 8th Cir. Certiorari denied.

No. 71–6609.   SZWALLA *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.